UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
~~GULFPORT~~ DIVISION
Southern

COREY JAMES SMILEY,
Plaintiff,

v. Civil Action No. 1:25cv299 TBM-RPM

KAREN FINNERAN;
MICHAEL CASSANO;
CASSANO TITLE COMPANY & LAW FIRM;
JIMMY D. McGUIRE;
CRYSTAL BRAMLETT;
CENTURY 21;
BUSCH REALTY GROUP;
CAMERON BELL PROPERTIES, INC.;
JENNIFER M. JOHNSON;
JUDGE STEPHEN J. MAGGIO;
DAMIAN HOLCOMB, ESQ.;
PUSH PHILLIPS (Lieutenant, Bay St. Louis Police Dept.);
TOBY SCHWARTZ (former Chief of Police, Bay St. Louis);
CITY OF BAY ST. LOUIS;
HANCOCK COUNTY ANIMAL SHELTER;
SHANE WYMAN (Director);
DAN WILSON (City Worker);
JIMMY LADNER (Clerk of Hancock County);
JOHN AND JANE DOES 1–20, Alice Johnson AFAB
Defendants.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

OCT 08 2025

ARTHUR JOHNSTON
BY _____ DEPUTY

## VERIFIED CIVIL COMPLAINT

### INTRODUCTION

This is an action at law and equity seeking declaratory relief, injunctive relief, and damages for violations of Plaintiff's constitutional rights under 42 U.S.C. § 1983, conspiracy against rights (18 U.S.C. §§ 241–242), fraud, duress, coercion, trespass, and conversion of property.

Fraus omnia corrumpit—fraud corrupts all. Plaintiff alleges that Defendants, acting in concert under color of law, deprived him of his property, liberty, and rights, culminating in the unlawful taking of his homestead located at **348 Ballentine Street, Bay St. Louis, Mississippi 39520**.

## JURISDICTION AND VENUE

1. Jurisdiction lies under 28 U.S.C. § 1331 (federal question) and § 1343 (civil rights).
2. Venue is proper in this Court under 28 U.S.C. § 1391(b) because the property, events, and Defendants are located in Hancock County, Mississippi.

## PARTIES

- **Plaintiff:** Corey James Smiley, domiciled in Metairie, Louisiana.
- **Defendants:** (list each with address and role, as above).

## FACTUAL ALLEGATIONS

1. Plaintiff was the lawful possessor of 348 Ballentine Street.
2. On May 8, 2024, Bay St. Louis Police and others executed a **military-style raid** upon Plaintiff's property. Flashbangs, forced entry, and intimidation were deployed. Plaintiff narrowly escaped an **attempted murder** under the guise of law enforcement.
3. Twelve of Plaintiff's thirteen cattle dogs were unlawfully executed or euthanized. Some were killed on site; others were later euthanized under orders bearing the signature of **Judge Stephen J. Maggio** and carried out by **Shane Wyman**, Director of the Hancock County Animal Shelter.
4. **Dan Wilson**, a city worker, pointed a firearm at Plaintiff (captured on video). No charges were brought.
5. Plaintiff was jailed under false felony charges (tampering with a witness). While incarcerated, Plaintiff was pressured to sell his home under duress. **Crystal Bramlett** (Century 21) told Plaintiff on July 23, 2024: *"If you do not sell your home, you will face further consequences."*
6. On or about May 28, 2024, while Plaintiff was incarcerated, paperwork was forced upon him under coercion and threat of imprisonment.
7. Title was transferred between **Karen Finneran** and **Jimmy D. McGuire** through **Cassano Title Company**, clouding Plaintiff's ownership.
8. Plaintiff pled to obstruction of justice on August 9, 2024, under direct coercion from Judge Maggio, DA Michael Crosby, and Attorney Damian Holcomb.
9. The above constitutes a conspiracy to deprive Plaintiff of property and liberty under **Mississippi law** and the **U.S. Constitution**.

## CAUSES OF ACTION

**COUNT I – Deprivation of Rights Under Color of Law (42 U.S.C. § 1983)**
**COUNT II – Conspiracy Against Rights (18 U.S.C. §§ 241–242)**
**COUNT III – Fraud, Duress, and Coercion (Miss. Code Ann. §§ 97-3-82, 97-3-83)**
**COUNT IV – Conversion and Trespass to Property**
**COUNT V – Intentional Infliction of Emotional Distress**
**COUNT VI – Declaratory Judgment and Quiet Title**

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Enter judgment declaring void ab initio the fraudulent conveyances of 348 Ballentine Street.
2. Quiet title in Plaintiff's name.
3. Issue injunctive relief preventing further transfers.
4. Award compensatory and punitive damages for constitutional violations, emotional distress, and loss of property and animals.
5. Refer evidence of criminal conspiracy to the U.S. Attorney and Mississippi Attorney General.
6. Grant such further relief as this Court deems just.

## VERIFICATION

I, Corey James Smiley, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this ___ day of October, 2025.

/s/ Corey James Smiley