SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 02 2026
ARTHUR JOHNSTON
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **COREY JAMES SMILEY,**<br>Plaintiff, | Civil Action No.<br>**1:25-cv-00299-TBM-RPM** |
| v.<br><br>**KAREN FINNERAN, et al.,**<br>Defendants. | |

## PLAINTIFF'S NOTICE OF INTERVENING STATE APPELLATE STATUS AND SUPPLEMENT TO EMERGENCY RULE 65 RECORD

Plaintiff Corey James Smiley, pro se, gives notice of a material procedural development occurring on September 2, 2026 in the Mississippi appellate proceedings related to Bay St. Louis Municipal Warrant AR25-058.

1. On August 27, 2026, the Hancock County Circuit Clerk file-stamped Plaintiff's Notice of Appeal, Rule 10 designation, and motion concerning appellate costs and present inability to prepay in Cause No. 23CI1:26-cv-131. On August 31, Plaintiff mailed a conventional Rule 11(b)(1) certificate and motion for prompt indigency ruling and protective relief.

2. On September 2, 2026, D. Jeremy Whitmire, Clerk of Appellate Courts for the Mississippi Supreme Court and Court of Appeals, confirmed in writing that 2026-TS-01001 is Plaintiff's appellate case number. In a later email the same day, the Clerk stated that the appellate record is not yet due and that the appeal is suspended pending the trial court's ruling on Plaintiff's motion to proceed on appeal without paying costs.

3. Plaintiff offers this development only to keep the federal record accurate. It confirms that a Mississippi appellate proceeding exists and that Plaintiff continues to pursue state review. It also confirms that, as of September 2, appellate review is presently suspended until the Hancock County Circuit Court rules on the pending indigency-cost motion.

4. Plaintiff does not represent that the Mississippi appellate court has ruled on the merits of AR25-058, granted a stay, accepted any separately tendered Rule 21 petition, or excused any filing requirement. Plaintiff continues to treat AR25-058 as active unless and until an authorized court enters contrary relief.

Plaintiff respectfully asks that this intervening procedural status be considered with the pending/tendered Rule 65 materials and any request for emergency filing accommodation. No additional merits relief is requested by this notice beyond the relief stated in the underlying motions.

Respectfully submitted,

/s/ COREY JAMES SMILEY
**COREY JAMES SMILEY, Plaintiff Pro Se**
P.O. Box 1013, Metairie, Louisiana 70001
(504) 810-2194 | djpsycosmiley@gmail.com
Dated: September 2, 2026